IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-581-RJC-DCK

| | |
|---|---|
| JOSEPH B. LAMBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FIRST HORIZON BANK, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Appropriate Relief" (Document No. 26) filed September 24, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. By the instant motion, Plaintiff seeks an extension of time to file a response to "Defendant First Horizon Bank's Motion To Dismiss" (Document No. 25).

Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** "Plaintiff's Motion For Appropriate Relief" (Document No. 26) is **GRANTED**. Plaintiff shall file a response to Defendant's "…Motion To Dismiss" (Document No. 25) on or before **October 7, 2020**.

**SO ORDERED**.

Signed: September 25, 2020

David C. Keesler
United States Magistrate Judge